**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50342 |
| Plaintiff-Appellee, | D.C. No. 2:06-cr-00911-ODW-1 |
| v. | |
| SCOTT ALLEN SPERLING, | |
| Defendant-Appellant. | ORDER[*] |

On Remand from the United States Supreme Court

Before: RAWLINSON and N.R. SMITH, Circuit Judges, and KORMAN,[**] District Judge.

The Joint Motion for Vacatur and Remand is GRANTED. Defendant's sentence is vacated and this case is remanded for a new sentencing hearing to impose a sentence of no greater than two years, pursuant to 18 U.S.C. § 3583(e)(3).

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.